**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MICHAEL KACHMAR,          :   No. 903 MAL 2016
                          :
              Petitioner  :
                          :
                          :   Petition for Allowance of Appeal from
                          :   the Order of the Superior Court
         v.               :
                          :
                          :
                          :
WILLIAM J. LITVIN, ESQ. D/B/A LAW   :
OFFICES OF SALING AND LITVIN,       :
                          :
              Respondent  :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.